**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Travis J. Guerin, | ) | |
|        Plaintiff, | ) | |
| | ) | No. 25 CV 50498 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Forge Group Rockford LLC, | ) | |
|        Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is a Report and Recommendation from Magistrate Judge Iasparro that the parties' joint motion for approval of settlement [21] be granted. Dkt. 23. "[T]he FLSA restricts one's ability to contract for wages below the minimum wage, so any settlement of an FLSA claim requires a judicial imprimatur." Koch v. Jerry W. Bailey Trucking, Inc., 51 F.4th 748, 752 (7th Cir. 2022). Courts look to whether the FLSA settlement "represents a fair and reasonable resolution of a bona fide dispute." Salcedo v. D'Arcy Buick GMC, Inc., 227 F. Supp. 3d 960, 961 (N.D. Ill. 2016). Judge Iasparro reviewed the agreement and release and found that the settlement amount of $105,000 for mis-calculated overtime for 206 employees was fair. The settlement amount consists of a service award of $1,500 to the named plaintiff, litigation expenses not to exceed $7,500, payment to the settlement administrator not to exceed $5,000, attorneys' fees of $35,000 (one-third of the settlement amount), and the balance to be distributed to the plaintiff and all collective members based on a formula to determine their unpaid overtime. Judge Iasparro also recommended adopting the parties' proposed one-step settlement procedure, under which collective members will receive notice of the settlement and then would decide whether to opt-in by cashing the check sent to them, or retain their right to bring an individual claim by declining to cash the check. Such one-step settlement procedures are routinely approved for FLSA collective actions because, unlike class actions under Fed. R. Civ. P. 23, participants must opt in rather than opt out. See Winking v. Smitfield Fresh Meats Corp., No. 22 CV 1937, 2022 U.S. Dist. LEXIS 2022 U.S. Dist. LEXIS 202644, at *3-4 (N.D. Ill. Nov. 4, 2022) (collecting cases). No party has objected, and this Court concurs with Judge Iasparro's recommendations, especially when compared to plaintiff's own calculation of unpaid overtime and statutory damages, which totaled $130,000. Accordingly, the Court accepts Judge Iasparro's Report and Recommendation [23]. The order granting the motion for approval of settlement [21] will issue separately. By 8/19/2026 the parties shall file a written report on when they anticipate filing a stipulation to dismiss.

By: _____

Date: May 29, 2026

Iain D. Johnston
United States District Judge